UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __8__

_Doolowmee_

-v-

_Footlocker, Inc._

U.S.C.A. # _____

U.S.D.C. # __07-cv-11042__

JUDGE: __KMW__

DATE: __3-4-2008__

*[Stamp: U.S. DISTRICT COURT FILE, FEB 0 4 2008, S.D.N.Y.]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

DISTRICT COURT DOCKET ENTRIES ------------------------------------------

DOCUMENT DESCRIPTION                                                DOC. #

__CLERK'S CERTIFICATE__ _____

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__ _____

( ✓ ) Original Record                          ( ___ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 4th Day of March 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

*Godowner*

-v-

*Footlocker, Inc.*

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-11042

JUDGE: KMW

DATE: 3-4-2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __7__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 4th Day of March In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
        Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-11042-KMW
### Internal Use Only

Godowner v. Footlocker Inc.
Assigned to: Judge Kimba M. Wood
Demand: $9,999,000
Cause: 17:101 Copyright Infringement

Date Filed: 12/05/2007
Date Terminated: 12/05/2007
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 12/05/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by S.A. Godowner.(mbe) (Entered: 12/07/2007) |
| 12/05/2007 | 2 | COMPLAINT against Footlocker Inc.. Document filed by S.A. Godowner.(mbe) (Entered: 12/07/2007) |
| 12/05/2007 |  | Magistrate Judge Ronald L. Ellis is so designated. (mbe) (Entered: 12/07/2007) |
| 12/05/2007 | 3 | JUDGMENT that the complaint is dismissed; the request for an Order to Show Cause is denied; and any appeal from this Order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 12/5/07) (ml) (Entered: 12/07/2007) |
| 12/05/2007 | 4 | ORDER OF DISMISSAL: The Court grants plaintiff's request in forma pauperis, however, the complaint is dismissed and the application for injunctive relief is denied as moot. Furthermore, plaintiff is directed to show cause by affirmation, within twenty (20) days of the date of the instant order, why he should barred from filing any civil action in this Court in forma pauperis. Accordingly, plaintiff is directed to show cause by affirmation, within twenty (20) days of the date of the instant order why he should not be barred from filing any future action in this court in forma pauperis without obtaining the Court's leave to file. If plaintiff fails to submit his affirmation within the time allowed, or show good cause why he cannot comply, plaintiff will be barred frm filing any future action in this Court in forma pauperis without first obtaining the Court's leave to file. If an affirmation is timely filed by plaintiff it shall be reviewed by the court's leave from filing any future action in this court in forma pauperis without first obtaining the Court's leave to file. Accordingly, plaintiff's complaint is dismissed because it failed to state a claim upon which relief may be granted. 28 U.S.C. 1915(e)(2)(B)(ii). The order to show cause is denied as moot. Plaintiff must submit an affirmation to this Court's Pro Se Office, within twenty (20) days of the date of the instant order, showing cause why this court should not bar plaintiff from filing any future action in this court in forma pauperis without first obtaining the Court's leave to file. Furthermore, plaintiff is directed to attach a copy of the instant order to any complaint or petition he may file in forma pauperis in this court or in any other federal court. Nothing in the instant order shall preclude plaintiff from paying the full filing fee to bring a new civil action in this court. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the instant order will not be taken in god faith. (Signed by Judge Kimba M. Wood on 12/5/2007) (mbe) (Entered: 12/12/2007) |
| 01/03/2008 | 5 | AFFIRMATION of S.A. Godowner. Document filed by S.A. Godowner. (djc) (Entered: 01/08/2008) |
| 01/31/2008 | 6 | JUDGMENT that plaintiff is barred from filing any future complaints without first obtaining the Court's permission. No further filings will be accepted from plaintiff in this case except those directed to the United States Court of Appeals for the Second Circuit. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 1/31/08) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 01/31/2008) |
| 02/01/2008 |  | Mailed notice of Right to Appeal to Pro Se Litigant(s): S.A. Godowner. (ama) (Entered: 02/01/2008) |
| 02/29/2008 | 7 | NOTICE OF APPEAL from 6 Judgment. Document filed by S.A. Godowner. (tp) (Entered: 03/04/2008) |
| 02/29/2008 |  | Appeal Remark as to 7 Notice of Appeal filed by S.A. Godowner. $455.00 APPEAL FEE DUE. IFP REVOKED 12/5/07. (tp) (Entered: 03/04/2008) |
| 03/04/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 7 Notice of Appeal. (tp) (Entered: 03/04/2008) |
| 03/04/2008 |  | Transmission of Notice of Appeal to the District Judge re: 7 Notice of Appeal. (tp) (Entered: 03/04/2008) |